# UNITED STATES PRETRIAL SERVICES AGENCY
## Eastern District of New York

# MEMORANDUM

**DATE:** March 31, 2006

**TO:** Honorable Frederic Block
Senior United States District Judge

**RE:** Miller, Antoinette
Docket No.: 05-CR-585

**Request for Modification of Release Conditions**

The above referenced defendant was arrested on June 5, 2005 and charged with Importation of Cocaine. She made her initial appearance before Magistrate Judge Robert M. Levy on June 6, 2005 and was released on the same date on a $15,000 Unsecured Bond with the following conditions: travel restricted to the Eastern District of New York and Worcester, MA, avoid contact with co-defendant, Yonette Maynard, do not apply for a passport, report to Pretrial Services weekly by phone and once a month in-person, evaluation and treatment for mental health problems, and must reside with her aunt, Barbara Miller, at 10 Fruit Street, Worcester, MA. On June 7, 2005, Pretrial Services Officer Robert Long informed the Court on record that due to the Section 8 housing condition, anyone with an outstanding criminal case cannot reside there. Therefore, the defendant's conditions were modified to reside with her aunt, Antoinette Chambers-Rose, at 26 Newberry Street, Apt #2, Worcester, Massachusetts. In addition, on June 21, 2005, Judge Levy modified the defendant's conditions to include random home visits.

We are writing to inform Your Honor that on March 22, 2006, the supervising officer in the District of Massachusetts, Vangie Cuascut, notified ED/NY and advised that the defendant is now residing with her aunt, Barbara Miller at 10 Sever Street, Worcester, MA. The reason for this is because Ms. Miller's aunt, Antoinette Chambers-Rose is currently residing at Section 8 housing which does not permit anyone with an outstanding criminal case to live at that residence.

In light of this matter, Pretrial Services respectfully requests the Court to modify the defendant's conditions to reside with her aunt, Barbara Miller at 10 Sever Street, Worcester, MA in addition to Pretrial Services having the discretion to approve any further relocations by the defendant. We will continue to monitor the defendant and if there are any issues, we will notify the Court immediately. Assistant United States Attorney Walter M. Norkin was notified regarding this memorandum and has no objections to this request. A message was left with defense counsel Lee Ginsberg indicating the information noted above. If Your Honor agrees with our recommendation, we have attached a court order for your convenience. Should you have any questions or concerns, please contact Erin J. Rodriguez at (718) 613-2684.

Prepared by: _____  Approved by: _____
Robert Long                                                    Andrew Prozeller
U.S. Pretrial Services Officer                      Supervising Pretrial Services Officer

Attachment

RE: Miller, Antoinette
Docket No.: 05-CR-585

IT IS THE ORDER OF THE COURT THAT:

☑ The defendant's conditions of release be modified to permit her to reside with her aunt, Barbara Miller, at 10 Sever Street, Worcester, Massachusetts. It is further ordered that Pretrial Services has the discretion to approve any further relocations by the defendant.

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____

SO ORDERED,

_____  April 21, 2006
Honorable Frederic Block                    Date
Senior U.S. District Judge

cc: Walter Norkin, AUSA
    Lee Ginsberg, Defense Counsel